UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ADAM E. LANE                                                                                    PLAINTIFF
ADC #155843

V.                              No. 5:18CV00234 KGB/JTR

TASHA GRIFFEN, Lieutenant,
ADC, Cummins Unit                                                                            DEFENDANT

## RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not file objections, Judge Baker can adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

### I. Discussion

Plaintiff Adam E. Lane ("Lane") is a prisoner at the Cummins Unit of the Arkansas Department of Correction. He has filed a Motion seeking permission to

voluntarily dismiss this *pro se* § 1983 action.[1] *Doc. 8*. For good cause shown, the Court recommends that Lane's Motion be granted, and that this case be dismissed, without prejudice. *See* Fed. R. Civ. P. 41(b).

## II. Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1.  Lane's Motion to Dismiss (*Doc. 8*) be GRANTED, and that this case be DISMISSED, WITHOUT PREJUDICE.

2.  The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommended Disposition would not be taken in good faith.

DATED this 18th day of December, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] In his Complaint and Amended Complaint, Lane alleged that Defendant violated his constitutional rights by refusing to sign his emergency grievance, "retaliating" against him for utilizing the grievance process, and acting with deliberate indifference to threats against him and his family and friends. *Docs. 2 & 7*. Defendant has not yet been served.