IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ADAM E. LANE					PLAINTIFF
ADC # 155843

v.		Case No. 5:18-cv-00234-KGB

TASHA GRIFFEN					DEFENDANT

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 9). No objections have been filed, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). The Court therefore grants Mr. Lane's motion to dismiss case without prejudice and dismisses without prejudice Mr. Lane's complaint (Dkt. Nos. 2, 8).

It is so ordered, this the 30th day of August 2019.

Kristine G. Baker
United States District Judge