IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ADAM E. LANE                                                                                         PLAINTIFF
ADC # 155843

v.                                    Case No. 5:18-cv-00234-KGB

TASHA GRIFFEN                                                                                     DEFENDANT

## JUDGMENT

Consistent with the Order entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice. The relief requested is denied.

So adjudged this 30th day of August 2019.

_____
Kristine G. Baker
United States District Judge